UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PATRICK CASEY,

Petitioner,

v.

JAMAL ROWE, et al.,

Respondents.

No. 2:26-cv-2412 CSK P

ORDER AND FINDINGS AND RECOMMENDATIONS

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 10, 2026. The court's own records reveal that on the same day, petitioner filed a petition containing virtually identical allegations against the same respondents. (No. 2:26-cv-2412 AC P (E.D. Cal.)).[1] Petitioner also filed duplicative motions: a motion for stay and abeyance and a motion to e-file. (ECF Nos. 2, 3; No. 2:26-cv-2412 AC P (ECF Nos. 2, 3.).) Due to the duplicative nature of the present action, the Court recommends the petition be dismissed.

///

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980). The instant petition was signed by petitioner on July 9, 2026. (ECF No. 1 at 15.) The petition filed in the earlier case was signed by petitioner on June 28, 2026. No. 2:26-cv-2412 AC P (ECF No. 1 at 15).

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that all pending motions be terminated and this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/case2412.123